**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**CHEYENNE FINK**                                                                       **PETITIONER**

**V.**                                          **CASE NO. 2:25-CV-2122**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                          **RESPONDENT**

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 21) filed in this case on March 20, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the § 2254 Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED WITH PREJUDICE**. Petitioner's other Motions (Docs. 8, 11, 12, 14, 15, and 16) are **DENIED AS MOOT** and for failure to comply with procedural rules. This case is **CLOSED**.

**IT IS SO ORDERED** on this 7th day of April, 2026.


                                        */s/ Timothy L. Brooks*
                                        TIMOTHY L. BROOKS
                                        CHIEF UNITED STATES DISTRICT JUDGE